# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**GAMECHANGER247, LLC d/b/a MRBEAST.STORE** )<br>)<br>*Defendant* | Civil Action No. 6:25-cv-01870-MTK |

## AFFIDAVIT OF SERVICE

I, Jordon Posey, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to GAMECHANGER247, LLC d/b/a MRBEAST.STORE in Wake County, NC on October 24, 2025 at 1:02 pm at 160 Mine Lake Ct Ste 200, Raleigh, NC 27615 by leaving the following documents with Marvin Ayala who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for GAMECHANGER247, LLC d/b/a MRBEAST.STORE.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, CASE MANAGEMENT ORDER

Hispanic or Latino Male, est. age 25-34, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=35.8763444444,-78.6430861111
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Wake County</u>, <u>NC</u> on <u>10/27/2025</u>. | /s/ *Jordon Posey* <br> ———————————— <br> Signature <br> Jordon Posey <br> +1 (470) 771-0796 |



Exhibit 1a)



Exhibit 1b)