UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Chet Michael Wilson

Plaintiff(s),

v.

GAMECHANGER247, LLC dba MRBEASTSTORE

Defendant(s).

Case No.: 6:25-cv-01870-MTK

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney Amy Leigh Starinieri Gilbert requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties): GAMECHANGER247, LLC d/b/a MRBEAST.STORE

In support of this application, I certify that: 1) I am an active member in good standing with the Illinois State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)     PERSONAL DATA:**

Name: Starinieri Gilbert    Amy    L.
          *(Last Name)*         *(First Name)*    *(MI)*    *(Suffix)*

Agency/firm affiliation: McGuireWoods LLP

Mailing address: 77 West Wacker Drive Suite 4100

City: Chicago    State: IL    Zip: 60601-1818

Phone number: (312) 849-8100    Fax number: (312) 849-3690

Business e-mail address: agilbert@mcguirewoods.com

**(2)**    **BAR ADMISSION INFORMATION**:

     **(a)**    State bar admission(s), date(s) of admission, and bar number(s):
Illinois Supreme Court Bar, admitted 11/06/2014, bar #6317954

     **(b)**    Other federal court admission(s) and date(s) of admission:
See attached

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS**:

[✓] I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**    **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 11/07/2025

/s/ Amy Starinieri Gilbert
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Visconsi                John                R.
      (Last Name)          (First Name)         (MI)          (Suffix)

OSB number: 030120

Agency/firm affiliation: McGuireWoods LLP

Mailing address: 355 S. Grand Ave, Suite 4200

City: Los Angeles    State: CA    Zip: 90071

Phone number: (310) 315-8237    Fax number: (213) 627-2579

Business e-mail address: jvisconsi@mcguirewoods.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:25-cv-01870-MTK.

DATED: 11/07/2025.

                              /s/ John R. Visconsi
                              (*Signature of Local Counsel*)

<u>Amy Leigh Starinieri Gilbert</u>
<u>Court Admissions</u>

<u>Supreme Court of Illinois</u> (Bar #6317954)
200 East Capitol
Springfield, Illinois 62701-1721
(217) 782-2035
*Admitted on 11/06/2014*

<u>U.S. District Court for the Northern District of Illinois</u>
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670
*Admitted on 01/12/2015*

<u>U.S. District Court for the Central District of Illinois</u>
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602
(309) 671-7117
*Admitted on 11/12/2015*

<u>U.S. District Court for the Southern District of Illinois</u>
301 West Main Street
Benton, IL 62812
(618) 439-7760
*Admitted on 12/21/2016*

<u>U.S. District Court for the Northern District of Indiana</u>
5400 Federal Plaza
Suite 2300
Hammond, IN 46320
(219) 852-6500
*Admitted on 10/04/2021*

<u>U.S. District Court for the District of Colorado</u>
Alfred A. Arraj United States Courthouse
Room A 105
901 19th Street
Denver, CO 80294-3589
(303) 844-3433
*Admitted on 02/05/2019*
PRID: 2457102

<u>U.S. District Court for the Eastern District of Michigan</u>

Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226
(313) 234-5005
*Admitted on 03/01/2017*

U.S. Court of Appeals for the *Seventh* Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5850
*Admitted on 11/04/2016*

United States Court of Appeals for the *Third* Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790
215-597-2995
*Admitted 06/23/2021*

U.S. District Court for the Southern District of Indiana
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204
(317) 229-3700
*Admitted 12/6/2021*

112953231_2