**MCGUIREWOODS LLP**
AMY STARINIERI GILBERT (*pro hac vice motion pending*)
agilbert@mcguirewoods.com
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: 312.849.8100
Facsimile: 312.849.3690

*Attorney for GAMECHANGER247, LLC d/b/a MRBEAST.STORE*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>GAMECHANGER247, LLC d/b/a MRBEAST.STORE<br><br>　　　　Defendant | Case No. 6:25-cv-1870<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## CERTIFICATE PURSUANT TO LR 7-1

Pursuant to Local Rule 7-1, counsel for Plaintiff, Chet Michael Wilson, and counsel for Defendant, GAMECHANGER247, LLC d/b/a MRBEAST.STORE conferred by email on November 5, 2025 regarding the subject matter of this Motion, and Plaintiff does not object.

## UNOPPOSED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 16-3, Defendant GAMECHANGER247, LLC d/b/a MRBEAST.STORE respectfully moves this Court for a 28-day extension of the deadline to file a responsive pleading to Plaintiff's Complaint, from November 14, 2025 to December 12, 2025.

## MEMORANDUM

On October 23, 2025, Plaintiff filed his Class Action Complaint. Dkt. 1. On October 24, 2025, Defendant GAMECHANGER247, LLC d/b/a MRBEAST.STORE was served with the Complaint. Defendant's current response deadline to the Complaint is November 14, 2025. Defendant and its attorneys require additional time to gather documents and information to complete their initial investigation into Plaintiff's allegations and Defendant's defenses in order to fully prepare a responsive pleading and to determine if early settlement negotiations are feasible. This is Defendant's first request for an extension of time to file a responsive pleading. Defendant seeks this extension in good faith and not for the purposes of delay, and the requested extension of the deadline will not cause prejudice to either party. Plaintiff does not object to Defendant's request for an extension of time to respond.

## CONCLUSION

WHEREFORE, Defendant GAMECHANGER247, LLC d/b/a MRBEAST.STORE respectfully requests that the Court grant this Unopposed Motion for Extension of Time to

Respond to Plaintiff's Complaint and enter an order extending the deadline to respond to Plaintiff's Complaint by twenty-eight (28) days, from November 14, 2025 to December 12, 2025.

DATED: November 7, 2025                **MCGUIREWOODS LLP**
                                       By: */s/ Amy Starinieri Gilbert*

                                       Amy Starinieri Gilbert (*pro hac vice motion pending*)
                                       77 West Wacker Drive, Suite 4100
                                       Chicago, IL 60601-1818
                                       Telephone: 312.849.8100
                                       Facsimile: 312.849.3690
                                       agilbert@mcguirewoods.com

                                       *Attorney for GAMECHANGER247, LLC d/b/a MRBEAST.STORE*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of November, 2025, the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document.

Dated:  November 7, 2025                                  By: */s/ Amy Starinieri Gilbert*
                                                                                 Amy Starinieri Gilbert